# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
   vs.

CASE/CITATION NO. 3:11-mj-0016C mk

TONY PARKINSON    ORDER TO PAY

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~CITY   STATE   ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 8-6-12    _____
         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 480.00 and a penalty assessment of $ 20.00 for a TOTAL AMOUNT OF: $ 500.00 within _____ days/months; or payments of $ 100.00 per month, commencing 9-1-12 and due on the first of each month until paid in full.

[X] Restitution: $1,050.00 by 10-1-12 to Klamath National Forest
( ) Community Service _____ with fees not to exceed $ 1711 S. Main Street
   completed by _____ Yreka, CA 96097
1 year summary court probation; defendant excluded from national lands until restitution and fines paid in full

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to: (circle one):

~~USDC~~
~~CENTRAL VIOLATIONS BUREAU (SA)~~
~~POST OFFICE BOX 740026~~
~~ATLANTA, GA 30374-0026~~

~~CLERK, USDC~~
~~1130 O STREET, RM 5000~~
~~FRESNO, CA 93721~~

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Conviction not to be reported

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 8-6-12    _____
         U.S. MAGISTRATE JUDGE

Clerk's Office


PRINTED ON RECYCLED PAPER       EDCA-3